# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2024-2321

**Short Case Caption** Pictometry International Corporation v. Roofr Inc.

**Filing Party/Entity** Pictometry International Corporation

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Pictometry International Corp., et al. v. Roofr, Inc., Case No. 1:21-cv-01852 (D. Del.)

☐     Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

| |
|---|
| Pictometry International Corp.<br>Eagle View Technologies, Inc.<br>Roofr, Inc. |

☐     Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

| |
|---|
| See Attachment |

☑     Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/30/2024

Signature: /s/ Michael D. Specht

Name: Michael D. Specht

# NOTICE OF RELATED CASE INFORMATION – ATTACHMENT
## 2024-2321

### Pictometry International Corporation v. Roofr Inc.

3. Names of all law firms, partners, and associates in the cases listed above:
Shaw Keller LLP
     Karen Elizabeth Keller
     Andrew Russell
     Nathan Roger Hoeschen
Gibson Dunn & Crutcher LLP
     L. Kieran Kieckhefer
Wilson Sonsini Goodrich & Rosati
     Yue Wang
Shearman & Sterling LLP
     Matthew G. Berkowitz
     Patrick R.Colsher
Quinn Emanuel Urquhart & Sullivan LLP
     Dallas Bullard
     Kevin P. B. Johnson
     Ron Hagiz
     Yury Kapgan
Morris Nichols Arsht & Tunnell LLP
     Jeremy A. Tigan
     Jack B. Blumenfeld
     Lucinda C. Cucuzzella