# United States Court of Appeals for the Federal Circuit

---

**PICTOMETRY INTERNATIONAL CORPORATION,**
*Appellant*

**v.**

**ROOFR INC.,**
*Appellee*

---

2024-2321

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00436.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 22, 2026
Date

Jarrett B. Perlow
Clerk of Court